Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz

Attorney for R.M. Galicia, Inc. dba Progressive Management Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN EISENBERG,<br><br>             Plaintiff,<br>   vs.<br><br>R.M. GALICIA, INC. DBA PROGRESSIVE MANAGEMENT SYSTEMS, INC.,<br><br>             Defendant. | Case No.:<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)<br>[FEDERAL QUESTION] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendant R.M. Galicia, Inc. dba Progressive Management Systems, Inc. ("PMS") hereby removes to this Court the state court action described below.

1.   This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this

Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under the Fair Debt Collections Practices Act, 15 U.S.C. §1692, *et. seq.* and Telephone Consumer Protection Act 47 U.S.C. § 227.

2. On or about September 22, 2014 the action was commenced in the Superior Court of the State of California, County of Los Angeles, entitled, *Karen Eisenberg v. R.M. Galicia, Inc. dba Progressive Management Systems, Inc.*, Case No. 14K12640 (the "State Court Action"). A copy of the Plaintiff's Summons and Complaint ("Complaint") is attached hereto as Exhibit A.

3. The date upon which PMS first received a copy of the said Complaint was October 24, 2014, when PMS's agent for service of process was served with a copy of the Complaint. Thus, pursuant to 28 U.S.C. § 1446(b), PMS has timely filed this Notice of Removal.

4. A copy of this Notice of Removal is being served upon Plaintiff and will be filed in the State Court Action.

5. The State Court Action is located within the Central District of California. Therefore, venue for purposes of removal is proper because the United States District Court for the Central District of California embraces the place in which the removed action was pending 28 U.S.C. § 1441(a).

///

///

6.     Removal of the State Court Action is therefore proper under 28 U.S.C. §§ 1441 and 1446.

Dated: 11/24/14                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                   /s/Debbie P. Kirkpatrick
                                   Debbie P. Kirkpatrick
                                   Attorney for Defendant
                                   R.M. Galicia, Inc. dba
                                   Progressive Management Systems, Inc.