JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **KAREN EISENBERG,** | ) | Case No. CV 14-9058-GW(AGRx) |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| **R.M. GALICIA, INC.** dba | ) | |
| **PROGRESSIVE MANAGEMENT** | ) | |
| **SYSTEMS,** | ) | |
| | ) | |
| Defendant, | ) | |

        IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorney fees.

                Dated this 30th day of March, 2015.


                _____
                GEORGE H. WU, U.S. District Judge